UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JADE WINDS ASSOCIATION, INC.,                    Case No. 15-17570-RAM

    Debtor.                                                                Chapter 11
_____/

JADE WINDS ASSOCIATION, INC.,

    Plaintiff,

v.                                                                              Adv. P. 17-01393-RAM

FIRST SERVICE RESIDENTIAL
FLORIDA, INC., f/k/a THE
CONTINENTAL GROUP, INC.,

    Defendant.
_____/

**JADE WINDS' NOTICE REGARDING ITS MOTION TO
COMPEL COMPLIANCE WITH SUBPOENA BY NON-PARTY
AMERICUS CONSTRUCTION GROUP, INC. AND REQUEST
FOR CANCELLATION OR POSTPONEMENT OF HEARING**

    Plaintiff/Reorganized Debtor JADE WINDS ASSOCIATION, INC. ("Jade Winds"), by and through undersigned counsel, hereby submits this notice regarding its Motion to Compel Compliance with Subpoena by Non-Party Americus Construction Group, Inc. and for Order to Show Cause Why a Contempt Citation Should Not Issue ("Motion") (ECF No. 107) and requests that the hearing on the Motion set for September 27, 2018 at 11:30 a.m. (ECF No. 108) be cancelled or postponed.  In support thereof, Jade Winds states as follows:

    On September 13, 2018, Jade Winds filed the Motion, in which it explained that non-party Americus Construction Group, Inc. ("Americus Construction") had failed to comply with the subpoena for records personally served on Sonia Fernandez, its Registered Agent and Director,

Adv. P. 17-01393-RAM

and had not responded to a conferral letter sent to it. The Motion was sent by FedEx to Americus Construction that day. On September 14, the Court noticed the Motion for hearing on September 27, which notice was also sent to Americus Construction by FedEx.

On September 17, Ms. Fernandez telephoned undersigned counsel and explained that she was is in receipt of the Motion and that she had not understood or properly reviewed the subpoena or the conferral letter. She agreed to locate and produce any responsive documents in her possession. Since that time, Ms. Fernandez has been sending responsive documents to undersigned counsel. While that process continues and is not yet complete, Jade Winds is satisfied that Americus Construction is attempting to comply in good faith with the subpoena. Therefore, Jade Winds does not believe that there is a need to proceed with the hearing on the Motion at this time (Ms. Fernandez has also advised that she is unavailable at the scheduled time). Jade Winds requests that the September 27 hearing be cancelled or, alternatively, that it be postponed so that Americus Construction has an opportunity to complete its production of all documents responsive to the subpoena that are in its possession, custody or control.

Respectfully submitted,

COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse
Miami, Florida  33133
Tel:  305-858-2900
Fax:  305-858-5261

By: /s/ Daniel F. Blonsky
    Kendall B. Coffey, Esq.
    Florida Bar No. 259861
    kcoffey@coffeyburlington.com
    Daniel F. Blonsky, Esq.
    Florida Bar No. 972169
    dblonsky@coffeyburlington.com
    Justin E. King, Esq.
    Florida Bar No. 121408
    jking@coffeyburlington.com
    service@coffeyburlington.com

Adv. P. 17-01393-RAM

and

SHRAIBERG, LANDAU & PAGE, P.A.
2835 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel:  561-443-0800
Fax:  561-998-0047

By: /s/ Eric Pendergraft
     Eric Pendergraft
     Florida Bar No. 91927
     ependergraft@slp.law

*Attorneys for Jade Winds Association*

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Adv. P. 17-01393-RAM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on this 24th day of September 2018.

By: /s/ *Daniel F. Blonsky*
Daniel F. Blonsky

## SERVICE LIST

Via Email

Kristopher E. Pearson
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, FL 33130
Phone: (305) 789-3200
Fax: (305) 789-2688
kpearson@stearnsweaver.com

Via Email

Americus Construction Group, Inc.
c/o Sonia Fernandez as Registered Agent and Director
17800 S.W. 280th Street
Homestead, FL 33031
americuscgroup@aol.com

4