UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JADE WINDS ASSOCIATION, INC.,                    Case No. 15-17570-RAM

      Debtor.                                        Chapter 11

_____/

JADE WINDS ASSOCIATION, INC.,

      Plaintiff,

v.                                               Adv. P. 17-01393-RAM

FIRST SERVICE RESIDENTIAL
FLORIDA, INC., f/k/a THE
CONTINENTAL GROUP, INC.,

      Defendant.

_____/

**JADE WINDS' NOTICE REGARDING ITS MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA BY NON-PARTY CARLOS
MUNGUIA AND REQUEST FOR CANCELLATION OF HEARING**

Plaintiff/Reorganized Debtor JADE WINDS ASSOCIATION, INC. ("Jade Winds"), by

and through undersigned counsel, hereby submits this notice regarding its Motion to Compel

Compliance with Subpoena by Non-Party Carlos Munguia and for Order to Show Cause Why a

Contempt Citation Should Not Issue ("Motion") (ECF No. 116) and requests that the hearing on

the Motion set for December 20, 2018 at 2:00 p.m. (ECF No. 125) be cancelled.  In support thereof,

Jade Winds states as follows:

On November 26, 2018, Jade Winds filed the Motion, in which it explained that non-party

Carlos Munguia ("Munguia") had failed to comply with the subpoena for records personally served

on him and had not responded to a conferral letter sent to him.  The Motion was sent by FedEx

Adv. P. 17-01393-RAM

and email to Munguia that day.  Munguia has since been in contact with counsel for Jade Winds and explained that he has searched for documents responsive to the subpoena and has been unable to locate anything.  On December 6, Munguia advised that he has exhausted efforts to retrieve passwords to obtain documents sent or received from the gmail account that he used while assigned to work at Jade Winds, and has been unsuccessful.  Jade Winds is satisfied that Munguia has attempted to comply in good faith with the subpoena and therefore does not believe that there is a need to proceed with the hearing on the Motion.  Jade Winds requests that the December 20 hearing on the Motion be cancelled.

Respectfully submitted,

COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse
Miami, Florida  33133
Tel:  305-858-2900
Fax:  305-858-5261

By:  /s/ Daniel F. Blonsky
    Kendall B. Coffey, Esq.
    Florida Bar No. 259861
    kcoffey@coffeyburlington.com
    Daniel F. Blonsky, Esq.
    Florida Bar No. 972169
    dblonsky@coffeyburlington.com
    Justin E. King, Esq.
    Florida Bar No. 121408
    jking@coffeyburlington.com
    service@coffeyburlington.com

        and

Adv. P. 17-01393-RAM

SHRAIBERG, LANDAU & PAGE, P.A.
2835 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel:  561-443-0800
Fax:  561-998-0047

By:/s/ Eric Pendergraft
      Eric Pendergraft
      Florida Bar No. 91927
      ependergraft@slp.law

*Attorneys for Jade Winds Association*

## **ATTORNEY CERTIFICATION**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Adv. P. 17-01393-RAM

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via

Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties

registered to receive electronic notices of filing in this case on this 12th day of December 2018.

By: /s/ *Daniel F. Blonsky*
Daniel F. Blonsky

<u>**SERVICE LIST**</u>

<u>Via Email</u>

Kristopher E. Pearson
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, FL 33130
Phone: (305) 789-3200
Fax: (305) 789-2688
kpearson@stearnsweaver.com

<u>Via Email</u>

Carlos Munguia
12945 S.W. 132nd Terrace
Miami, FL 33132
cmunguia125@yahoo.com

4