UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**JADE WINDS ASSOCIATION, INC.,**

    Debtor.

_____/

CASE NO.: 15-17570-RAM
CHAPTER 11

**JADE WINDS ASSOCIATION, INC.,**

    Plaintiff,

v.

**FIRST SERVICE RESIDENTIAL FLORIDA, INC.
f/k/a THE CONTINENTAL GROUP, INC.,**

    Defendant.

-----------------------------------------------------------------/

**NOTICE OF MEDIATION**

Adv. P. 17-01393-RAM

**PLEASE TAKE NOTICE** that mediation has been set as follows:

**MEDIATOR**:  STANFORD BLAKE
**LOCATION**:  STEARNS WEAVER MILLER WEISSLER, et al.
              MUSEUM TOWER, SUITE 2200
              150 WEST FLAGLER ST.
              MIAMI, FL 33130
**DATE**:  FRIDAY, JANUARY 18, 2019
**TIME**:  10:00 A.M.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on the 20th day of December 2018 via email to:

| | |
|---|---|
| Daniel F. Blonsky, Esq.<br>Coffey Burlington, P.L.<br>2601 South Bayshore Drive, PH<br>Miami, FL 33133<br>dblonsky@coffeyburlington.com<br>jking@coffeyburlington.com<br>groque@coffeyburlington.com<br>service@coffeyburlington.com<br><br>Attorneys for Jade Winds Association | Eric Pendergraft, Esq.<br>Shraiberg, Landau & Page, P.A.<br>2835 NW Executive Cneter Drive, #300<br>Boca Raton, FL 33431<br>ependergraft@slp.law<br><br><br><br>Attorneys for Jade Winds Association |
| Kristopher E. Pearson, Esq.<br>Stearns Weaver Miller Weissler<br>Alhadeff & Sitterson, P.A.<br>Museum Tower, Suite 2200<br>150 West Flagler Street<br>Miami, FL 33130<br>kpearson@stearnsweaver.com<br><br>Attorney for Defendant | |

*/s/ Stanford Blake*

_____
STANFORD BLAKE, MEDIATOR
2 GROVE ISLE DRIVE #203
MIAMI, FL 33133
Florida Bar: 160639
Tel: (305) 890-6331
Email: stan@stanfordblakemediation.com