

**ORDERED in the Southern District of Florida on December 27, 2018.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re | CASE NO. 15-17570-RAM |
| | CHAPTER 11 |
| JADE WINDS ASSOCIATION, INC., | |
| Debtor. | |
| JADE WINDS ASSOCIATION, INC., | |
| Plaintiff, | |
| vs. | ADV. NO. 17-01393-RAM |
| FIRST SERVICE RESIDENTIAL FLORIDA, INC., | |
| Defendant. | |

**ORDER (1) SETTING BRIEFING
SCHEDULE AND HEARING ON MOTION FOR SUMMARY JUDGMENT**

Upon review of the Defendant's Motion for Summary Judgment and Incorporated Memorandum of Law ("Motion for Summary Judgment") [DE# 143], it is –

**ORDERED** as follows:

1. The Court will conduct a hearing on Plaintiff's Motion for Summary Judgment on **February 22, 2019**, at **10:00 a.m.**, at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL 33128.

2. The Plaintiff shall file a response to the Defendant's Motion for Summary Judgment no later than January 28, 2019.

3. The Defendant may file a reply in support of its Motion for Summary Judgment no later than February 18, 2019.

###

COPIES TO:

Kristopher E. Pearson, Esq.
Daniel F. Blonsky, Esq.

2