

**ORDERED in the Southern District of Florida on December 27, 2018.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | Case No. 15-17570-BKC-RAM |
| JADE WINDS ASSOCIATION, INC., | Chapter 11 |
|     Debtor. | |
| JADE WINDS ASSOCIATION, INC., | |
|     Plaintiff, | |
| v. | Adv. No. 17-01393-BKC-RAM-A |
| FIRSTSERVICE RESIDENTIAL FLORIDA, INC., | |
|     Defendant. | |

**ORDER GRANTING IN PART DEFENDANT'S**
**MOTION TO ALTER RULE 30 DEPOSITION LIMITATIONS**

The Court conducted a hearing on December 20, 2018, on

FirstService's Motion to Alter Certain Rule 30 Limitations (the "Motion to Alter") [DE #131].  For the reasons stated on the record, it is–

**ORDERED** as follows:

1.   The Motion to Alter is granted in part.

2.   Each side may take up to 15 depositions without prejudice to either party filing a motion seeking leave to take additional depositions.

3.   The parties have agreed not to conduct any depositions until after January 18, 2019, the agreed upon mediation date.

###

Copies Furnished To:
Daniel F. Blonsky, Esq.
Kristopher E. Pearson, Esq.

2