UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                             **Case No.: 15-17570-RAM**

JADE WINDS ASSOCIATION, INC.                                       Chapter 11

       Debtor.
_____/
JADE WINDS ASSOCIATION, INC.                                       **Adv. No. 17-01393-RAM**

       Plaintiff,
v.

FIRSTSERVICE RESIDENTIAL
FLORIDA, INC., f/k/a THE
CONTINENTAL GROUP, INC.

       Defendant.
_____/

## OMNIBUS NOTICE OF TAKING DEPOSITIONS OF JADE WINDS UNIT OWNERS

PLEASE TAKE NOTICE that pursuant to Rule 30, Federal Rules of Civil Procedure, made applicable to these proceedings by Rule 7030 of the Federal Rules of Bankruptcy Procedure, Defendant FirstService Residential Florida, Inc. ("FirstService") will take the below described depositions upon oral examination of the subject deponents, commencing on dates set forth below,[1] at the location set forth below:

| Deponent | Date | Time | Location |
|---|---|---|---|
| Cristina Moinelo | 2-12-19 | 11:00 AM | 200 E Las Olas Blvd, Flr 21, Ft. Lauderdale, FL |
| Eva Lotsos | 2-14-19 | 10:00 AM | 150 W. Flagler St., Ste. 2200, Miami, FL 33130 |
| Rodolfo Kahn | 2-15-19 | 10:00 AM | 150 W. Flagler St., Ste. 2200, Miami, FL 33130 |
| Mercedes Carcasses | 2-19-19 | 10:00AM | 150 W. Flagler St., Ste. 2200, Miami, FL 33130 |

---

[1] The date and time has been specifically agreed to by the parties.  Any third parties wishing to attend must contact the noticing counsel at least 24 hours prior to the deposition to confirm whether it will proceed.

The deposition will be taken before an officer authorized to record the testimony, commencing at the above date and time, and continuing from day to day thereafter until completed. The scope of the depositions shall be as described in Bankruptcy Rule 7030, for use at hearing or trial or such other purposes as are permitted under the rules and permitted under applicable orders, rules, and law.

Dated: February 5, 2019.

Respectfully submitted,

/s/ *Kristopher E. Pearson*
KRISTOPHER E. PEARSON
Florida Bar Number 0016874
kpearson@stearnsweaver.com
STEARNS WEAVER MILLER
 WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower Building, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:	(305) 789-3200
Facsimile:	(305) 789-3395

*Counsel for FirstService Residential Florida, Inc.*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document is being filed electronically on February 5, 2019, via the Court's CM/ECF website. I further certify that the document is being furnished by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those counsel or parties who are registered to receive NEF in this case, as indicated on the below Service List.

 /s/ *Kristopher E. Pearson*
KRISTOPHER E. PEARSON


cc:	Ouellette & Mauldin Court Reporters
	Email: omctrep@aol.com
	Telephone: 305.358.8875

DMS#7168646v1

2

**SERVICE LIST**
Adv. Case No. 17-01393-RAM
**United States Bankruptcy Court, Southern District of Florida**

The following parties are registered to receive Notice of Electronic Filing and are served through CM/ECF.

Daniel F Blonsky, Esq.
*dblonsky@coffeyburlington.com*
*groque@coffeyburlington.com*
*service@coffeyburlington.com*
*vmontejo@coffeyburlington.com*
*Counsel for Jade Winds Association, Inc.*

Justin E King
*jking@coffeyburlington.com*
*Counsel for Jade Winds Association, Inc.*

Kristopher E Pearson
*kpearson@stearnsweaver.com*
*mmasvidal@stearnsweaver.com*
*bank@stearnsweaver.com*
*rross@stearnsweaver.com*
*dillworthcdp@ecf.epiqsystems.com*
*larrazola@stearnsweaver.com*
*cgraver@stearnsweaver.com*
*Counsel for FirstService Residential Florida, Inc.*

Eric S Pendergraft
*ependergraft@sfl-pa.com*
*dwoodall@sfl-pa.com*
*scusack@sfl-pa.com*
*ematteo@sfl-pa.com*
*bshraibergecfmail@gmail.com*
*Counsel for Jade Winds Association, Inc.*