**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

JADE WINDS ASSOCIATION, INC.

      Debtor.
_____/

JADE WINDS ASSOCIATION, INC.

      Plaintiff,
v.

FIRSTSERVICE RESIDENTIAL
FLORIDA, INC., f/k/a THE
CONTINENTAL GROUP, INC.

      Defendant.
_____/

**Case No.: 15-17570-RAM**
Chapter 11

**Adv. No. 17-01393-RAM**

**AGREED *EX PARTE* MOTION TO EXTEND**
**DISCOVERY AND PRETRIAL DEADLINES**

FIRSTSERVICE RESIDENTIAL FLORIDA, INC. ("Defendant") and JADE WINDS ASSOCIATION, INC. ("Plaintiff"), pursuant to Rule 9006(b), Fed. R. Bankr. P., 11 U.S.C. § 105, and Local Rule 9013-1, Local Rules of the U.S. Bankruptcy Court, Southern District of Florida, respectfully request the Court to enter an order ("Motion"), on an *ex parte* basis, granting an extension of Discovery and Pretrial Deadlines (defined below) for a period of approximately sixty (60) days.

1. On September 10, 2018, the Court entered the *Amended Order Setting Pretrial Deadlines* [ECF No. 105] ("Pretrial Order"), which set forth cutoff dates for fact witness and expert witness discovery and other pretrial procedures.

Case No. 15-17570-RAM<br>Adv. No. 17-01393-RAM

2.    The Court further modified the Pretrial Order on December 28, 2018 by *Order Extending Pretrial Deadlines* [ECF No. 144] ("Operative Pretrial Order"), which directs the parties to adhere to the following requirements ("Discovery and Pretrial Deadlines"):

1. Expert Witness Reports shall be provided by May 7, 2019.
2. Trial Witness lists shall be exchanged by April 8, 2019.
3. Fact discovery shall be completed by April 22, 2019.
4. Expert discovery shall be completed by May 28, 2019.
5. The parties shall file a Joint Pretrial Stipulation by August 20, 2019.
6. All motions for summary judgment shall be filed and served by June 25, 2019.

[Operative Pretrial Order, ECF No. 141.]

3.    The parties continue to diligently conduct extensive fact discovery. They have exchanged hundreds of thousands of pages of documents, including documents subpoenaed from third-party sources. Defendant has taken eight depositions to date. Plaintiff is in the process of scheduling depositions.

4.    In addition, since the mediation on January 18, 2019, the parties have continued settlement negotiations using the services of a mediator, and can report that these negotiations have progressed and are ongoing.

5.    The parties request a 60-day extension of the Discovery and Pretrial Deadlines to continue to prepare the case for trial and determine whether settlement of this proceeding is possible.

6.    Therefore, the parties request the Court enter an order extending the Disclosure and Pretrial Deadlines as follows:

    a.    Expert Witness Reports shall be provided by July 8, 2019.
    b.    Trial Witness lists shall be exchanged by June 10, 2019.

Case No. 15-17570-RAM<br>Adv. No. 17-01393-RAM

    c.    Fact discovery shall be completed by June 24, 2019.

    d.    Expert discovery shall be completed by July 29, 2019.

    e.    The parties shall file a Joint Pretrial Stipulation by October 21, 2019.

    f.    All motions for summary judgment shall be filed and served by August 26, 2019.

7.    This Motion is made in good faith and not for purposes of delay.

8.    In accordance with Rule 9013-1(C)(1), undersigned counsel for Defendant certifies that all affected parties consent to the requested relief.

**WHEREFORE**, the Defendant respectfully request the Court to enter an Order, substantially in the form attached hereto, granting this Motion and such further relief as the Court deems just and proper.

Dated: March 25, 2019

Respectfully submitted,

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200
Facsimile:    (305) 789-3395

By:    */s/ Kristopher E. Pearson*
       KRISTOPHER E. PEARSON
       Florida Bar No. 0016874
       kpearson@stearnsweaver.com

*Counsel for FirstService Residential Florida, Inc.*

Case No. 15-17570-RAM
Adv. No. 17-01393-RAM

## **CERTIFICATE OF SERVICE**

I CERTIFY that on March 25, 2019, the foregoing document is being filed electronically via the Court's CM/ECF website. I further certify that on March 25, 2019, the document is being served by transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notices of Electronic Filing in this adversary proceeding, as indicated on below Service List.

*/s/ Kristopher E. Pearson*
KRISTOPHER E. PEARSON

## **SERVICE LIST**
### Adv. Case No. 17-01393-RAM
### United States Bankruptcy Court, Southern District of Florida

The following parties are registered to receive Notice of Electronic Filing and are served through CM/ECF.

Daniel F Blonsky, Esq.
*dblonsky@coffeyburlington.com*
*groque@coffeyburlington.com*
*service@coffeyburlington.com*
*vmontejo@coffeyburlington.com*
*Counsel for Jade Winds Association, Inc.*

Justin E King
*jking@coffeyburlington.com*
*Counsel for Jade Winds Association, Inc.*

Kristopher E Pearson
*kpearson@stearnsweaver.com*
*mmasvidal@stearnsweaver.com*
*bank@stearnsweaver.com*
*rross@stearnsweaver.com*
*dillworthcdp@ecf.epiqsystems.com*
*larrazola@stearnsweaver.com*
*cgraver@stearnsweaver.com*
*Counsel for FirstService Residential Florida, Inc.*

Eric S Pendergraft
*ependergraft@sfl-pa.com*
*dwoodall@sfl-pa.com*
*scusack@sfl-pa.com*
*ematteo@sfl-pa.com*
*bshraibergecfmail@gmail.com*
*Counsel for Jade Winds Association, Inc.*

4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

JADE WINDS ASSOCIATION, INC.,

       Debtor.
_____/

JADE WINDS ASSOCIATION, INC.,

       Plaintiff,

v.

FIRSTSERVICE RESIDENTIAL
FLORIDA, INC., f/k/a THE
CONTINENTAL GROUP, INC.,

       Defendant.
_____/

           **Case No.: 15-17570-RAM**
           Chapter 11

           **Adv. No. 17-01393-RAM**

**AGREED ORDER GRANTING**
**AGREED *EX PARTE* MOTION TO EXTEND**
<u>**DISCOVERY AND PRETRIAL DEADLINES**</u>

Case 17-01393-RAM   Doc 171   Filed 03/25/19   Page 6 of 6

Case No. 15-17570-RAM  
Adv. No. 17-01393-RAM

This matter came before the Court, without hearing, upon *Agreed Ex Parte Motion to Extend Discovery and Pretrial Deadlines* ("Motion")[1] [ECF No. ---].

The Court having considered the Motion, noted the agreement of the parties and being fully familiar with the record in this case and adversary proceeding, finds there is good and sufficient cause to grant the relief requested in the Motion. Accordingly, it is –

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Discovery and Pretrial Deadlines are extended as follows:

    a. Expert Witness Reports shall be provided by July 8, 2019.

    b. Trial Witness lists shall be exchanged by June 10, 2019.

    c. Fact discovery shall be completed by June 24, 2019.

    d. Expert discovery shall be completed by July 29, 2019.

    e. The parties shall file a Joint Pretrial Stipulation by October 21, 2019.

    f. All motions for summary judgment shall be filed and served by August 26, 2019.

3. Except for the extended dates provided in this Order, the Pretrial Order [ECF No. 105] shall remain in effect.

# # #

**Submitted by:**
Kristopher E. Pearson, Esq.
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
*Counsel for FirstService Residential Florida, Inc.*
150 West Flagler Street, Suite 2200, Miami, Florida 33130
kpearson@stearnsweaver.com     305.789.3200

(Attorney Pearson is directed to serve a conformed copy of this Order upon all interested parties, and file a Certificate of Service with the Court)

---

[1] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.