

**ORDERED in the Southern District of Florida on March 27, 2019.**

                **Robert A. Mark, Judge**
                **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

JADE WINDS ASSOCIATION, INC.,

    Debtor.
_____/
JADE WINDS ASSOCIATION, INC.,

    Plaintiff,

v.

FIRSTSERVICE RESIDENTIAL
FLORIDA, INC., f/k/a THE
CONTINENTAL GROUP, INC.,

    Defendant.
_____/

**Case No.: 15-17570-RAM**
Chapter 11

**Adv. No. 17-01393-RAM**

**AGREED ORDER GRANTING**
**AGREED *EX PARTE* MOTION TO EXTEND**
**<u>DISCOVERY AND PRETRIAL DEADLINES</u>**

Case No. 15-17570-RAM
Adv. No. 17-01393-RAM

This matter came before the Court, without hearing, upon *Agreed Ex Parte Motion to Extend Discovery and Pretrial Deadlines* ("Motion")[1] [ECF No. 171].

The Court having considered the Motion, noted the agreement of the parties and being fully familiar with the record in this case and adversary proceeding, finds there is good and sufficient cause to grant the relief requested in the Motion. Accordingly, it is –

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Discovery and Pretrial Deadlines are extended as follows:

   a. Expert Witness Reports shall be provided by July 8, 2019.

   b. Trial Witness lists shall be exchanged by June 10, 2019.

   c. Fact discovery shall be completed by June 24, 2019.

   d. Expert discovery shall be completed by July 29, 2019.

   e. The parties shall file a Joint Pretrial Stipulation by October 21, 2019.

   f. All motions for summary judgment shall be filed and served by August 26, 2019.

3. Except for the extended dates provided in this Order, the Pretrial Order [ECF No. 105] shall remain in effect.

# # #

**Submitted by:**
Kristopher E. Pearson, Esq.
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
*Counsel for FirstService Residential Florida, Inc.*
150 West Flagler Street, Suite 2200, Miami, Florida 33130
kpearson@stearnsweaver.com     305.789.3200

(Attorney Pearson is directed to serve a conformed copy of this Order upon all interested parties, and file a Certificate of Service with the Court)

---

[1] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.