**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

                                                **Case No.: 15-17570-RAM**

JADE WINDS ASSOCIATION, INC.            Chapter 11

          Debtor.
_____/
JADE WINDS ASSOCIATION, INC.

        Plaintiff,

v.                                                **Adv. No. 17-01393-RAM**

FIRSTSERVICE RESIDENTIAL
FLORIDA, INC., f/k/a THE
CONTINENTAL GROUP, INC.

        Defendant.
_____/

**AGREED *EX PARTE* MOTION TO CONTINUE MAY 6, 2019 HEARING**
**AND TO EXTEND RELATED RESPONSE AND REPLY DEADLINES**

Defendant FirstService Residential Florida, Inc. ("FirstService"), by and through undersigned counsel, and with the agreement of Plaintiff Jade Winds Association, Inc. ("Jade Winds"), pursuant to 11 U.S.C. § 105, and Local Rule 9013-1(C)(1), moves ("Motion") to continue, for a period of no more than two weeks, the hearing scheduled for May 6, 2019, at 2:00 p.m., on First Service's

- Limited Motion for Clarification, Reconsideration, and Modifications of Summary Judgment Order [ECF No. 175] ("Motion for Reconsideration") and,

- Motion for Leave to Amend Its Second Affirmative Defense [ECF No. 179] ("Motion to Amend").

In support of this Motion, FirstService states:

1.       The Court entered an Order Setting Briefing Schedule and Hearing on Defendant's Motion for Reconsideration [ECF No.176], which sets a hearing on May 6, 2019, at 2:00 p.m.,

directs the Plaintiff to file a response by April 22, 2019 [filed at ECF No. 178], and Defendant to file a reply by May 1, 2019 ("<u>Reconsideration Deadlines</u>").

2.      FirstService's Motion to Amend is also scheduled for hearing on May 6, 2019, at 2:00 p.m. [Notice at ECF No. 180]; and, pursuant to Local Rule 5005-1(F), responses and other papers intended for consideration at the hearing are due by May 2, 2019, at 4:30 p.m. ("<u>Amendment Deadline</u>" and together with the Reconsideration Deadlines referred to as "<u>Briefing Deadlines</u>").

3.      Since their mediation conference earlier this year was adjourned, the parties continued engaging in negotiations through Mediator Stanford Blake, and recently made significant progress toward an amicable resolution of their disputes.

4.      Due to the advances made on the settlement front, the Parties wish to devote additional time to continue to determine if a compromise could be reached, rather than expend time briefing these motions and preparing for the May 6, 2019 hearing.

5.      Undersigned counsel for FirstService consulted with counsel for Jade Winds, and all parties agree and consent to a continuance of the May 6, 2019 hearing for a period of no more than two weeks, along with an extension of the remaining Briefing Deadlines to the second business day prior to the continued hearing by 4:30 p.m.

6.      This is the first request for continuance of the May 6, 2019 hearing on the Reconsideration Motion and Amendment Motion.

7.      This Motion is brought in good faith and not for purposes of delay.

8.      No interested party will be prejudiced by this brief continuance of the May 6, 2019 hearing, and extension of the Briefing Deadlines.

Case No. 15-17570-RAM
Adv. No. 17-01393-RAM

WHEREFORE, Defendant FirstService Residential Florida, Inc. respectfully requests the

Court to enter an Order: (i) granting this Motion, (ii) continuing the May 6, 2019 hearing for a

period of no more than two weeks, (iii) extending the Briefing Deadlines appropriately, and (iv)

granting such granting such further relief as the Court deems just and proper.


Dated:  May 1, 2019                              Respectfully submitted,

                                                 */s/ Kristopher E. Pearson*
                                                 KRISTOPHER E. PEARSON
                                                 Florida Bar Number 0016874
                                                 kpearson@stearnsweaver.com
                                                 **STEARNS WEAVER MILLER WEISSLER**
                                                 **ALHADEFF & SITTERSON, P.A.**
                                                 Museum Tower, Suite 2200
                                                 150 West Flagler Street
                                                 Miami, Florida 33130
                                                 Telephone:     (305) 789-3200
                                                 Facsimile:     (305) 789-3395

                                                 *Counsel for FirstService Residential Florida, Inc.*



## CERTIFICATE OF SERVICE

I CERTIFY that on May 1, 2019, the foregoing document is being filed electronically via the Court's CM/ECF website.  I further certify that on April 23, 2019, the document is being served by transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notices of Electronic Filing in this adversary proceeding, as indicated on the attached Service List.

                                                 */s/ Kristopher E. Pearson*
                                                 KRISTOPHER E. PEARSON

Case No. 15-17570-RAM
Adv. No. 17-01393-RAM

## <u>SERVICE LIST</u>
### Adv. Case No. 17-01393-RAM
### United States Bankruptcy Court, Southern District of Florida

The following parties are registered to receive Notice of Electronic Filing and are served through CM/ECF.

Daniel F Blonsky, Esq.
*dblonsky@coffeyburlington.com*
*groque@coffeyburlington.com*
*service@coffeyburlington.com*
*vmontejo@coffeyburlington.com*
*Counsel for Jade Winds Association, Inc.*

Justin E King
*jking@coffeyburlington.com*
*Counsel for Jade Winds Association, Inc.*

Kristopher E Pearson
*kpearson@stearnsweaver.com*
*rross@stearnsweaver.com*
*larrazola@stearnsweaver.com*
*Counsel for FirstService Residential Florida, Inc.*

Eric S Pendergraft
*ependergraft@sfl-pa.com*
*dwoodall@sfl-pa.com, scusack@sfl-pa.com*
*ematteo@sfl-pa.com,*
*bshraibergecfmail@gmail.com*
*Counsel for Jade Winds Association, Inc.*

# PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

                                                              **Case No.: 15-17570-RAM**

JADE WINDS ASSOCIATION, INC.,                                 Chapter 11

        Debtor.
_____/
JADE WINDS ASSOCIATION, INC.,

    Plaintiff,

v.                                                            **Adv. No. 17-01393-RAM**

FIRSTSERVICE RESIDENTIAL
FLORIDA, INC., f/k/a THE
CONTINENTAL GROUP, INC.,

    Defendant.
_____/

**ORDER GRANTING**
**AGREED *EX PARTE* MOTION TO CONTINUE MAY 6, 2019 HEARING**
**<u>AND TO EXTEND RELATED RESPONSE AND REPLY DEADLINES</u>**

Case No. 15-17570-RAM
Adv. No. 17-01393-RAM

This matter came before the Court, without hearing, upon the *Agreed Ex Parte Motion to Continue May 6, 2019 Hearing and to Extend Related Response and Reply Deadlines* ("Motion")[1] [ECF No. ___].

The Court having considered the Motion, noted the agreement of the parties and being fully familiar with the record in this case and adversary proceeding, finds there is good and sufficient cause to grant the relief requested in the Motion.  Accordingly, it is –

**ORDERED** as follows:

1.	The Motion is **GRANTED**.

2.	The May 6, 2019 Hearing is cancelled.

3.	The Court will conduct a hearing on May ___, 2019, at _____ m. ("Continued Hearing"), at the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, Florida 33128, to consider:

-	Limited Motion for Clarification, Reconsideration, and Modifications of Summary Judgment Order [ECF No. 175] ("Motion for Reconsideration") and,
-	Motion for Leave to Amend Its Second Affirmative Defense [ECF No. 179] ("Motion to Amend").

4.	The remaining Briefing Deadlines are extended to the second business day prior to the Continued Hearing by 4:30 p.m.

# # #

**Submitted by:**
Kristopher E. Pearson, Esq.
STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
*Counsel for FirstService Residential Florida, Inc.*
150 West Flagler Street, Suite 2200, Miami, Florida 33130
kpearson@stearnsweaver.com    305.789.3200

(Attorney Pearson is directed to serve a conformed copy of this Order upon all interested parties, and file a Certificate of Service with the Court)

---

[1]  Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.