## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:

JADE WINDS ASSOCIATION, INC.

      Debtor.
_____/

**Case No.: 15-17570-RAM**
Chapter 11

JADE WINDS ASSOCIATION, INC.

      Plaintiff,

v.

**Adv. No. 17-01393-RAM**

FIRSTSERVICE RESIDENTIAL
FLORIDA, INC., f/k/a THE
CONTINENTAL GROUP, INC.

      Defendant.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jade Winds Association, Inc. ("Jade Winds"), and Defendant FirstService Residential Florida, Inc. ("FirstService"), by and through their respective undersigned counsel, pursuant to Rule 41(a), Federal Rules of Civil Procedure, incorporated into this Adversary Proceeding by Rule 7041, Federal Rules of Bankruptcy Procedure, hereby jointly stipulate to dismissal of this Adversary Proceeding, with prejudice, each party to bear its own fees and costs.

WHEREFORE, Jade Winds and FirstService respectfully request that the Court enter an order, substantially in the form attached as Exhibit A, dismissing the Adversary Proceeding with prejudice, with each party to bear its own fees and costs.

Case No. 15-17570-RAM
Adv. No. 17-01393-RAM

Dated: June 20, 2019.

Respectfully submitted,

| | |
|---|---|
| /s/ Eric Pendergraft<br>Eric Pendergraft<br>Florida Bar No. 91927<br>ependergraft@slp.law<br>**Shraiberg, Landau & Page, P.A.**<br>2385 NW Executive Center Drive, #300<br>Boca Raton, Florida  33431<br>Telephone:  (561) 443-0800<br><br>And<br>Daniel F. Blonsky<br>Florida Bar No. 259861<br>**Coffee Burlington, P.L.**<br>2601 South Bayshore Drive, Penthouse<br>Miami, Florida  33133<br>Telephone:  (305) 858-2900<br><br>*Counsel for Jade Winds* | /s/ Kristopher E. Pearson<br>KRISTOPHER E. PEARSON<br>Florida Bar Number 0016874<br>kpearson@stearnsweaver.com<br>STEARNS WEAVER MILLER WEISSLER<br> ALHADEFF & SITTERSON, P.A.<br>Museum Tower, Suite 2200<br>150 West Flagler Street<br>Miami, Florida 33130<br>Telephone:     (305) 789-3200<br><br>*Counsel for FirstService* |

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

JADE WINDS ASSOCIATION, INC.,

    Debtor.
_____/

JADE WINDS ASSOCIATION, INC.,

    Plaintiff,

v.

FIRSTSERVICE RESIDENTIAL
FLORIDA, INC., f/k/a THE
CONTINENTAL GROUP, INC.,

    Defendant.
_____/

**Case No.: 15-17570-RAM**
Chapter 11

**Adv. No. 17-01393-RAM**

**ORDER OF DISMISSAL**

THIS MATTER came before the Court, without hearing, upon the Joint Stipulation of Dismissal ("Stipulation") filed by Plaintiff Jade Winds Association, Inc. ("Jade Winds"), and Defendant FirstService Residential Florida, Inc. ("FirstService"). The Court finds there is good

Case No. 15-17570-RAM  
Adv. No. 17-01393-RAM

and sufficient cause to grant the relief requested by Jade Winds and FirstService in the Stipulation.

Accordingly, it is –

    ORDERED that:

1. This Adversary Proceeding is DISMISSED with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

# # #

**Submitted by:**

Kristopher E. Pearson, Esq.
STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
*Counsel for FirstService Residential Florida, Inc.*
150 West Flagler Street, Suite 2200, Miami, Florida 33130
kpearson@stearnsweaver.com    305.789.3200

(Attorney Pearson is directed to serve a conformed copy of this Order upon all interested parties, and file a Certificate of Service with the Court.)

#7470194v1

#7470194 v1